**Sam T. ALDEIN, Plaintiff/Appellant,**

v.

**HANNIBAL SANDY'S, INC., Defendant/Respondent.**

**No. ED 74677.**

Missouri Court of Appeals, Eastern District, Northern Division.

Dec. 14, 1999.

Sam T. Aldein, Troy, pro se.

James E. Cary, Cary, Welsh & Hickman, L.L.P., Hannibal, for respondent.

Before RHODES RUSSELL, C.J., KATHIANNE KNAUP CRANE, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Plaintiff appeals from the judgment entered by the trial court finding in favor of defendant in plaintiff's action for vacation pay. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).